# United States Bankruptcy Court
## Middle District of Georgia

IN RE:                                                            Case No. _____

**Brooks, Etta Banks**                                Chapter **13**

Debtor(s)

## CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $ **610.00** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

a. The trustee percentage fee as set by the United States Trustee.

b. The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| Name of Creditor | Month of First Payment Under Plan | Monthly Payment Amount |
|---|---|---|
| **Americas Servicing Co Mortgage** | **01/11** | **763.00** |
| **Household Mortgage** | **01/11** | **150.00** |

c. Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| Name of Creditor | Adequate Protection Amount |
|---|---|
| **Lease and Rental Management** | **45.00** |

d. Attorney fees of $ **2,500.00** will be paid pursuant to the Administrative Order of the Court dated July 28, 2006.

e. After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| Name of Creditor | Amount Due | Value | Interest Rate | Collateral | Monthly Payment Amount |
|---|---|---|---|---|---|
| **Lease and Rental Management** | **4,500.00** | **Debt** | **5.50** | **2000 Honda Passport** | **99.00** |
| **Farmer's Furniture** | **195.00** | **Debt** | **5.5** | **Furniture** | **7.00** |

f. After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows.

| Name of Creditor | Estimated Amount Due | Value | Interest Rate | Collateral |
|---|---|---|---|---|
| **Americas Servicing Co Mortgage** | **7,000.00** | **0.00** | **0.00** | **Primary Residence** |
| **Housesold Mortgage** | **2,000.00** | **0.00** | **0.00** | **Primary Residence** |

g. The following collateral is surrendered to the creditor:

| Name of Creditor | Description of Collateral |
|---|---|
| **None** | |

h. The following domestic support obligations will be paid over the life of the plan as follows: (These payments will be made simultaneously with payment of the secured debt and will not include interest at the rate of _____ %. Interest can only be included if the plan is proposing to pay all claims in full.)

| Name of Creditor | Payment Amount |
|---|---|
| **None** | |

i. The following unsecured claims are classified to be paid at 100%. These payments will be made simultaneously with payment of the secured debt:

**None**

j. All other 11 U.S.C. §507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

k. The debtor(s) will be the disbursing agent on the following debts:
**None**

l. Special provisions:
**The judicial lien of Crooms Inc. dba Crooms Quality Cars will be voided upon discharge (Civil Action No. 040762-S in the Magistrate Court of Bibb County, Georgia.)**

m. General unsecured creditors whose claims are duly proven and allowed will be paid

    1.**0.00**% dividend or a prorata share of $ _____, whichever is greater; or

Dated: **November 2, 2010**

/S/ Etta Brooks
Debtor

_____
Debtor